UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA GUNN,

       Plaintiff,

v.                                                                           Case No. 1:14-cv-675
                                                                             Hon. Ray Kent
COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## JUDGMENT

      In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

      **IT IS SO ORDERED.**


Dated:  September 25, 2015          /s/ Ray Kent
                                    RAY KENT
                                    United States Magistrate Judge